# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 22, 2013

## NO. 03-13-00377-CV

**Ron Valentine Sr., Appellant**

**v.**

**Jeremy Jagodzinski and Christi Greene, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE FIELD**

**IT APPEARING** to this Court that the appellant has failed to pay or make arrangements to pay for preparation of the county clerk's record, and, accordingly, has failed to prosecute the appeal:

**IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution. **IT IS FURTHER** ordered that the appellant pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.